732 A.2d 511

IN THE MATTER OF STEPHEN D. SCHARFETTER,
AN ATTORNEY AT LAW.

July 16, 1999.

## ORDER

The Disciplinary Review Board on April 20, 1999, having filed with the Court its decision concluding that **STEPHEN D. SCHARFETTER** of **MORRIS PLAINS,** who was admitted to the bar of this State in 1986, and who was temporarily suspended from practice by Order of the Court dated October 15, 1997, and who remains suspended at this time, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation);

And good cause appearing;

It is ORDERED that **STEPHEN D. SCHARFETTER** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective July 15, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.